NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID C. CORSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,**
**SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7059

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2573, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

The Secretary of Veterans Affairs moves for leave to file a corrected brief. David C. Corson moves for leave to file a corrected brief and corrected reply brief. The Secretary opposes. Corson moves to "dismiss" the Secretary's submission and again requests leave to file a corrected reply brief responding to the Secretary's corrected brief.

The Secretary has already responded to Corson's corrected opening brief. Thus, the court denies Corson's motion for leave to file a second corrected opening brief. However, the court grants Corson's motions seeking leave to file a corrected reply brief responding to the Secretary's corrected brief.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion for leave to file a corrected brief is granted.

(2) Corson's motion for leave to file a corrected opening brief is denied.

(3) Corson's motions for leave to file a corrected reply brief responding to the Secretary's corrected brief are granted. The "corrected informal response brief" submitted by Corson with his June 14, 2010 motion shall be treated as his corrected reply brief.

(4) Corson's motion to "dismiss" the Secretary's opposition to his motion is denied.

FOR THE COURT

JUL 14 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David C. Corson
    William P. Rayel, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 14 2010

JAN HORBALY
CLERK